In the Matter of **NELSON BROTHERS REALTY TRUST, Debtor.**

Thomas H. JONES et al. v. Ward CASTLE, as Trustee, etc., et al.

No. 6213.

Circuit Court of Appeals, Seventh Circuit.

Oct. 14, 1937.

Roy D. Keehn and Chas. E. McGuire, both of Chicago, Ill., for appellants.

S. L. Brenner, Thomas G. McBride, Harold Koven, and Arthur L. Schwartz, all of Chicago, Ill., for appellees.

Before EVANS and MAJOR, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

Now this day come the parties by their counsel, and this cause comes on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, on briefs of counsel, and on oral argument by Mr. Charles E. McGuire, counsel for appellants, and Mr. Thomas G. McBride, counsel for appellees.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed, with costs.

**NORTHWEST BANCORPORATION, MINNEAPOLIS, MINNESOTA, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

Nos. 10684, 10685.

Circuit Court of Appeals, Eighth Circuit.

Oct. 11, 1937.

Peter S. Rask, P. J. Coffey, J. B. Faegre, and Hayner N. Larson, all of Minneapolis, Minn., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of Treasury, and DeWitt M. Evans, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Causes remanded per stipulation to Board of Tax Appeals, with directions to enter order allowing the deduction of the net loss of the Iowa National Bank of Des Moines, for the period January 1, 1929, to September 20, 1929, inclusive, in the sum of $216,645.90, to be applied against the consolidated net income, if any, of the petitioner for the taxable year ended December 31, 1929, computed without reference to said net loss of the Iowa National Bank of Des Moines, and providing for a recomputation of the tax accordingly.

**OLIVER UNITED FILTERS, Incorporated, v. SECURITIES AND EXCHANGE COMMISSION.**

No. 8211.

Circuit Court of Appeals, Ninth Circuit.

Jan. 4, 1938.

Earl & Hall & Gerdes, Robert H. Gerdes, Wm. L. Oliver, and Chaffee E. Hall, all of San Francisco, Cal., for petitioner.

Allen E. Throop, Gen. Counsel, and Thomas J. Lynch, Asst. Gen. Counsel, Securities and Exchange Commission, both of Washington, D. C., for respondent.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate issued forthwith.